AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

|  |  |  |
|---|---|---|
| JACQUELINE D. HARVEY, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   13-CV-5136-TOR |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner | | |
| of Social Security Administration, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion for Remand (ECF No. 18) is GRANTED.  The Commissioner's decision regarding
Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is REVERSED and
REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

❐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   THOMAS O. RICE _____ on a motion to remand.

Date:   October 14, 2014 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen